AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

Devon Tremain Thomas,
*Petitioner*
v.
Travis Bragg
Warden, FCI Bennettsville,
*Respondent*

) ) ) ) ) ) )

Civil Action No.     0:21-cv-02887-MBS

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ the petitioner, Devon Tremain Thomas, take nothing of the respondent, Travis Bragg, Warden, FCI Bennettsville, and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Margaret B. Seymour, Senior US District Judge, presiding. The Court having concurred in the Report and Recommendation of US Magistrate Judge Paige J. Gossett, which recommended dismissal.

Date:   January 12, 2022

*ROBIN L. BLUME, CLERK OF COURT*

s/D. Stockwell

*Signature of Clerk or Deputy Clerk*